Default - Rule 55A (CO 40 Revised-6/2019)

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ALLIANCE OF LEGAL CANNABIS ENTITIES-DC, LLC. et al
             Plaintiff(s)

v.

Civil Action: 24-cv-03501-LLA

SADC LLC et al
             Defendant(s)

**RE:** BMORE TOBACCO OUTLET LLC trading as GRASS & CO.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with the amended complaint on May 12, 2025, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of December, 2025 declared that defendant(s) is/are in default.

ANGELA D. CAESAR, Clerk

By: /s/ N. Wilkens
       Deputy Clerk